BEFORE THE FIRST DIVISION, FEBRUARY 27, 1967

**No. P67/47.**—Paul K. Frankford, Inc. v. United States, protest 65/708 (New York).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of synthetic rubber

soling and on the authority of the decision cited in said stipulation, *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.